UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **15-2177 & 15-2225**

Scott v. Education Management Corporation
Jones v. Education Management Corporation

To:   Clerk

1) Joint Motion by Appellants to Consolidate

---

The foregoing motion is granted. The actions are hereby consolidated for all purposes. The parties are advised that all motions and briefs must be electronically filed in both cases on the Court's electronic case filing (ECF) system. All joint filings should contain the case number and caption for both appeals.

The parties are further advised that failure to file documents in the appropriate case may result in the issuance of a noncompliance order. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: September 18, 2015
CJG/cc:    Amos N. Jones, Esq.
           Catherine S. Ryan, Esq.
           Kim M. Watterson, Esq.